**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2356**

———————————

DORIS P. JENKINS,

Plaintiff - Appellant,

versus

VIRGINIA ALCOHOLIC CONTROL BOARD; ANNE P.
PETERA; CLATER C. MOTTINGER; CLARENCE W.
ROBERTS; C. WILSON JONES,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge.
(CA-99-75-4)

———————————

Submitted:  March 27, 2001          Decided:  April 18, 2001

———————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gary L. Bengston, GARY L. BENGSTON, P.C., Danville, Virginia, for Appellant.  Martha M. Parrish, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Doris Jenkins appeals the district court's grant of summary judgment against her on a claim filed under Title I of the Americans with Disabilities Act (ADA), 42 U.S.C.A. §§ 12101-12117 (West 1995). Having reviewed the record and the district court's opinion, we conclude that the district court did not err in holding that Jenkins was not disabled under the ADA. The court properly relied on our decisions in Williams v. Channel Master Satellite Sys., Inc., 101 F.3d 346, 349 (4th Cir. 1996), and Halperin v. Abacus Tech. Corp., 128 F.3d 191, 200 (4th Cir. 1997), to hold that Jenkins's lifting restriction is not a significant restriction on her ability to perform a major life activity. Jenkins's efforts to distinguish those holdings are not convincing.

Nor does the record support Jenkins's claim that her employer regarded her as having a disability under the ADA, 42 U.S.C.A. § 12101(2)(C). See Sutton v. United Air Lines, Inc., 527 U.S. 471, 489 (1999). Therefore, we affirm the ruling of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED